UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| CHRISTOPHER ECHOLS | ) | Case No.: 22-20332 |
| | ) | Chapter 13 |
| Debtor(s) | ) | |

**OBJECTION TO U.S BANK NATIONAL ASSOCIATION'S NOTICE OF POST PETITION MORTGAGE FEES, EXPENSES, AND CHARGES RELEVANT TO PROOF OF CLAIM NO. 9**

Debtor, by counsel, Christopher R. Schmidgall, hereby objects to Notice of Post-Petition Mortgage Fees, Expenses, and Charges filed on August 19, 2022, by U.S. Bank National Association ("Claimant') and in support thereof respectfully asserts the following:

1. That Debtor filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code on March 15, 2022.

2. That on May 16, 2022, Claimant filed Proof of Claim, claim number 9, asserting a secured claim in the amount of $247,705.04 based on a mortgage on the Debtors' principal residence. This claim was duly provided for in Debtor's Chapter 13 Plan and is being paid through the Chapter 13 Trustee.

3. On August 19, 2022, Claimant filed the subject Notice of Post-Petition Mortgage Fees ("Notice of Fees") in the amount of $1,750.00, wherein Claimant asserts they are due $550.00 for "Attorney fees" and $1,200.00 for "Bankruptcy/Proof of claim fees: Proof of Claim/Plan Review ($950) and 410A Prep ($250)".

4. That said Notice of Fees lacks proof that the attorneys' fees were actually incurred and that they were reasonable. The party seeking attorneys' fees under Rule 3002.1 "must properly support the billed fees or charges asserted in bankruptcy proceedings."

5. That Debtor asserts that $1,750.00 is an excessive amount to claim for reviewing a Chapter 13 Plan and filing a Proof of claim in a consumer Bankruptcy case.

**Wherefore,** Debtor respectfully requests this Honorable Court deny Claimant's Notice of Post-petition Mortgage Fees, Expenses, and Charges and for all other just and proper relief as the Court may allow.

Respectfully Submitted,
THE LAW OFFICE OF WEISS, SCHMIDGALL & HIRES

Christopher. R. Schmidgall
Attorney I.D. 23738-64
Six West 73rd Avenue
Merrillville, IN 46410
(219) 736-5297

## CERTIFICATE OF SERVICE

The LAW OFFICES OF WEISS SCHMIDGALL & HIRES, attorney for Debtor(s), hereby certify that a true and complete copy of the attached pleading was served upon the following individuals on the 22nd day of August, 2022, by depositing a copy of same in the U.S. Mail, first class postage affixed, or by electronic service where applicable.

Dated this 22nd day of August, 2022.

By: /s/ *Christopher R. Schmidgall*

Distribution:
U.S. Trustee: ustpregion10.so.ecf@usdoj.gov
Trustee Paul Chael:  ECF@pchael13.com
U.S. Bank National Association: c/o Molly S. Simons: 8415 Allison Pointe Blvd., Suite 400, Indianapolis, IN 46250
U.S. Bank National Association: Attn Highest Ranking Officer or Agent: c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708